**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 JAN 22 PM 4: 47

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:09CR 36 |
| ) Plaintiff, ) | |
| ) | **INDICTMENT** |
| v. ) | |
| ) | 21 U.S.C. § 846 |
| JUAN RAMOS-RAMOS, and ) | 21 U.S.C. § 841(a)(1) |
| NELLIE CAMPOS, ) | 21 U.S.C. § 841(b)(1) |
| ) | 21 U.S.C. § 853 |
| ) | |
| Defendants. ) | |

The Grand Jury Charges:

## COUNT I

Beginning from an unknown date but at least as early as January, 2006, and continuing through November, 2008, in the District of Nebraska, JUAN RAMOS-RAMOS and NELLIE CAMPOS, Defendants herein, did knowingly and intentionally, combine, conspire, confederate and agree together and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about November 19, 2008, in the District of Nebraska, JUAN RAMOS-RAMOS, Defendant herein, did knowingly and intentionally distribute less than 50 grams of a mixture or

substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1).

## COUNT III

On or about November 20, 2008, in the District of Nebraska, JUAN RAMOS-RAMOS, Defendant herein, did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1).

## COUNT IV

As a result of Counts I and III, the Defendant, JUAN RAMOS-RAMOS, shall forfeit to the United States any and all property constituting or derived from any proceeds said Defendants obtained directly or indirectly as a result of the violations and any and all property used or intended to be used in any manner or part to commit and/or to facilitate the commission of the violations alleged in Counts I and III of this Indictment, including but not limited to the following:

A) $455.00 in U.S. currency seized from Defendant's residence on November 20, 2008.

In violation of Title 21, United States Code, Section 853.

## COUNT V

As a result of Count I, the Defendant, NELLIE CAMPOS, shall forfeit to the United States any and all property constituting or derived from any proceeds said Defendants obtained directly or indirectly as a result of the violations and any and all property used or intended to be used in any manner or part to commit and/or to facilitate the commission of the violations alleged in Count I of this Indictment, including but not limited to the following:

8:09CR36

A) 2001 Black Harley Davidson Edition Ford Pickup, VIN# 1FTRW08L71KD83137

In violation of Title 21, United States Code, Section 853.

A TRUE BILL

███████████████

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
09 JAN 22 PM 4:47
OFFICE OF THE CLERK