Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,TRIAL-OMAHA

# U.S. District Court
## District of Nebraska (8 Omaha)
### CRIMINAL DOCKET FOR CASE #: 8:09-cr-00036-LES-TDT-1

Case title: USA v. Ramos-Ramos et al
Other court case number: 8:08CR235; 8:08CR172 USDC-Nebraska

Date Filed: 01/22/2009
Date Terminated: 07/29/2009

Assigned to: Senior Judge Lyle E. Strom
Referred to: Magistrate Judge Thomas D. Thalken

### Defendant (1)

**Juan Ramos-Ramos**
*TERMINATED: 07/29/2009*

represented by **Juan Ramos-Ramos**
22730-047
FCI-FORT WORTH
Inmate Mail/Parcels
P.O. Box 15330
Fort Worth, TX 76119
PRO SE

**David R. Stickman**
FEDERAL PUBLIC DEFENDER'S OFFICE - OMAHA
One Central Park Plaza
222 South 15th Street
Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
Email: david_stickman@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Joseph F. Gross , Jr.**
JOSEPH GROSS
669 North 57th Street
Omaha, NE 68132
(402) 850-5245
Email: jf144jr@cox.net
*ATTORNEY TO BE NOTICED*

*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (1) | Defendant pleaded guilty to counts I and IV of the Indictment and is committed to the custody of the Bureau of Prisons for a term of 120 months; the defendant shall be given credit for time served from Novmeber 20, 2008 through January 29, 2009; 5 years supervised release with special conditions; $100 Special Assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) & 841(b)(1) DISTRIBUTE METHAMPHETAMINE (2) | Counts II and III of the Indictment are dismissed on the motion of the United States as to this defendany only. |
| 21:841(a)(1) & 841(b)(1) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (3) | Counts II and III of the Indictment are dismissed on the motion of the United States as to this defendany only. |
| 21:853 FORFEITURE (4) | Defendant pleaded guilty to counts I and IV of the Indictment and is committed to the custody of the Bureau of Prisons for a term of 120 months; the defendant shall be given credit for time served from Novmeber 20, 2008 through January 29, 2009; 5 years supervised release with special conditions; $100 Special Assessment |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Kimberly C. Bunjer** |

U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700
Fax: (402) 661-3080
Email: kim.bunjer@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2009 | 1 | INDICTMENT with foreperson's signature redacted pursuant to the E-Government Act. PART 1 OF 2 as to defendants Juan Ramos-Ramos, Nellie Campos. (CJP) (Entered: 01/23/2009) |
| 01/22/2009 | 2 | PART 2 OF 2 - FOREPERSON'S SIGNATURE PAGE regarding Indictment 1 as to defendants Juan Ramos-Ramos, Nellie Campos. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (CJP) (Entered: 01/23/2009) |
| 01/22/2009 | 3 | CRIMINAL COVER SHEETS as to defendants Juan Ramos-Ramos, Nellie Campos. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (CJP) (Entered: 01/23/2009) |
| 01/22/2009 | | Remark - Sealed Case (Public): This case filed under seal on 1/22/09 and unsealed on 1/28/09 per memorandum as to defendants Juan Ramos-Ramos, Nellie Campos. (TCL) (Entered: 01/28/2009) |
| 01/28/2009 | 5 | NOTICE (MEMORANDUM) TO UNSEAL CASE by Attorney Kimberly C. Bunjer as to defendants Juan Ramos-Ramos, Nellie Campos. (TCL) (Entered: 01/28/2009) |
| 01/28/2009 | 6 | TEXT ORDER as to defendants Juan Ramos-Ramos and Nellie Campos - Initial Appearance set for 1/29/2009 at 3:30 PM in Courtroom 7 - Omaha before Magistrate Judge Thomas D. Thalken. Ordered by Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 01/28/2009) |
| 01/29/2009 | 7 | TEXT MINUTE ENTRY for initial appearance and arraignment held in Omaha on 01/29/2009 before Magistrate Judge Thomas D. Thalken as to defendant Juan Ramos-Ramos. Defendant acknowledges receipt of a copy of the Indictment. Defendant requests appointment of counsel and Joseph F. Gross, Jr. is appointed. Not guilty plea entered on all counts. Defendant does request discovery material pursuant to Rule 16. Government does adopt open file policy regarding discovery. Progression order to be issued. Court grants defendant's request for an extension of the pretrial motion deadline to 03/05/2009. The defendant understands and agrees that the time between today and 03/05/2009 will be excluded from Speedy Trial Act computations. Order forthcoming. Court takes judicial notice of U.S. Pretrial Services report. |

| | | |
|---|---|---|
| | | Defendant is released on bond. Appearance for plaintiff: Kimberly C. Bunjer. Appearance for defendant: Joseph F. Gross, Jr., CJA. Courtroom Deputy: Mary Beth Baker. Interpreter Used: no. Court Reporter: Digital Recorder. Time Commenced: 3:31 p.m. Time Concluded: 3:54 p.m. Time in Court: 23 minutes. (MBB) (Entered: 01/29/2009) |
| 01/29/2009 | 8 | ORDER APPOINTING COUNSEL as to defendant Juan Ramos-Ramos - Joseph F. Gross, Jr. is appointed to represent the defendant. Ordered by Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 01/29/2009) |
| 01/29/2009 | 11 | ORDER FOR PROGRESSION OF A CRIMINAL CASE as to defendants Juan Ramos-Ramos and Nellie Campos - discovery due 02/05/2009. Pretrial Motion Deadline set for 3/5/2009. Jury Trial set for 3/23/2009 at 9:00 AM in Courtroom 5 - Omaha before Senior Judge Lyle E. Strom. Ordered by Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 01/29/2009) |
| 01/29/2009 | 12 | AUDIO FILE (5.3 MB) as to defendants Juan Ramos-Ramos and Nellie Campos regarding Initial Appearance 7 and 9 held on 01/29/2009 before Magistrate Judge Thomas D. Thalken. (MBB) (Entered: 01/29/2009) |
| 01/29/2009 | 13 | ORDER - Ramos-Ramos's and Campos's motions for an extension of time to file pretrial motions is granted. The defendants shall have to on or before March 5, 2009, in which to file pretrial motions in accordance with the progression order. The additional time arising as a result of the granting of the motion, i.e., from January 29, 2009 and March 5, 2009, shall be deemed excludable time in any computation of time under the requirement of theSpeedy Trial Act. Ordered by Magistrate Judge Thomas D. Thalken. (TCL) (Entered: 01/30/2009) |
| 01/29/2009 | 14 | ORDER SETTING CONDITIONS OF RELEASE. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT as to defendant Juan Ramos-Ramos. Ordered by Magistrate Judge Thomas D. Thalken. (TCL) (Entered: 01/30/2009) |
| 02/02/2009 | 18 | ARREST WARRANT RETURNED EXECUTED in case as to defendant Juan Ramos-Ramos. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (TCL) (Entered: 02/03/2009) |
| 02/05/2009 | 20 | NOTICE *of Compliance with Local Rule 16* by Attorney Kimberly C. Bunjer as to defendant(s) Juan Ramos-Ramos, Nellie Campos. (Bunjer, Kimberly) (Entered: 02/05/2009) |
| 03/03/2009 | 23 | Unopposed MOTION to Continue *date for filing pretrial motions* by Attorney Joseph F. Gross, Jr as to defendant(s) Juan Ramos-Ramos. (Gross, Joseph) (Entered: 03/03/2009) |
| 03/04/2009 | 24 | ORDER - Defendant Ramos-Ramos's motion for an extension of time (Filing No. 23 ) is granted. All defendants are given until on or before March 20, 2009, in which to file pretrial motions pursuant to the progression order. The additional time arising as a result of the granting of the motion, i.e., the time between March 4, 2009 and March 20, 2009, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act as to |

| | | |
|---|---|---|
| | | defendants Juan Ramos-Ramos, Nellie Campos. Ordered by Magistrate Judge Thomas D. Thalken. ( TCL) (Entered: 03/04/2009) |
| 03/17/2009 | 25 | AFFIDAVIT of Juan Ramos-Ramos regarding Unopposed MOTION to Continue *date for filing pretrial motions* 23 by Attorney Joseph F. Gross, Jr as to defendant(s) Juan Ramos-Ramos. (Gross, Joseph) (Entered: 03/17/2009) |
| 03/23/2009 | 26 | ORDER SETTING HEARING as to defendant Juan Ramos-Ramos - Change of Plea Hearing set for 4/23/2009 11:30 AM in Courtroom 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, NE, before Senior Judge Lyle E. Strom. Additional time between March 23, 2009, and April 23, 2009, shall be deemed excludable under the requirement of the speedy trial act. Ordered by Senior Judge Lyle E. Strom. (JDR) (Entered: 03/23/2009) |
| 04/22/2009 | 28 | ORDER SETTING CHANGE OF PLEA HEARING as to defendant Juan Ramos-Ramos - Change of Plea Hearing set for 5/7/2009 02:15 PM in Courtroom 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, NE, before Senior Judge Lyle E. Strom. Additional time between April 23, 2009, and May 7, 2009, shall be deemed excludable under the requirement of the speedy trial act. Ordered by Senior Judge Lyle E. Strom. (JDR) (Entered: 04/22/2009) |
| 05/07/2009 | 29 | TEXT MINUTE ENTRY for proceedings held before Senior Judge Lyle E. Strom as to defendant Juan Ramos-Ramos; Plea Hearing held on 5/7/2009; Defendant acknowledges receipt of a copy of the Indictment; Defendant plead guilty to Counts I and IV of the Indictment; Plea not accepted at this time, pending review of Presentence Investigation; Plea Agreement not approved at this time, pending review of Presentence Investigation; Presentence Investigation requested; Sentencing is set for 7/24/09 at 9:30 a.m.; Defendant released on same terms and conditions as previously released; Hearing held in Omaha. Courtroom Deputy: Cathy Parrish. Reporter: Rogene Schroder. Appearance for Plaintiff: Andrea Belgau for Kimberly Bunjer; For Defendant: Joseph F. Gross, Jr., CJA. Time Start: 2:16 p.m. Time Stop: 2:57 p.m. Interpreter Used: no. (CJP) (Entered: 05/07/2009) |
| 05/07/2009 | 30 | ORDER ON SENTENCING SCHEDULE as to defendant Juan Ramos-Ramos - Sentencing set for 7/24/2009 09:30 AM in Courtroom 5, Federal Building, 111 South 18th Plaza, Omaha, NE before Senior Judge Lyle E. Strom. Ordered by Senior Judge Lyle E. Strom. (CJP) (Entered: 05/07/2009) |
| 05/07/2009 | 31 | PETITION to enter plea of guilty as to defendant Juan Ramos-Ramos. (TCL) (Entered: 05/07/2009) |
| 05/07/2009 | 32 | PLEA AGREEMENT as to defendant Juan Ramos-Ramos. (TCL ) (Entered: 05/07/2009) |
| 06/30/2009 | 37 | ADOPTION of Presentence Investigation Report by Attorney Kimberly C. Bunjer as to defendant(s) Juan Ramos-Ramos. (Bunjer, Kimberly) (Entered: 06/30/2009) |
| 07/24/2009 | 38 | TEXT MINUTE ENTRY for proceedings held before Senior Judge Lyle E. Strom as to defendant Juan Ramos-Ramos; Sentencing held on 7/24/2009; Defendant is sentenced on Counts I and IV of the Indictment to the Bureau of |

| | | |
|---|---|---|
| | | Prisons for a term of 120 months; Supervised release for a term of 5 years with special conditions; Special assessment in the amount of $100; Plea and plea agreement accepted; Execution of sentence of imprisonment suspended until 9/28/09; Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released; Counts II and III are dismissed on the motion of the government. Hearing held in Omaha. Courtroom Deputy: Cathy Parrish. Reporter: Sue DeVetter. Appearance for Plaintiff: Martin Conboy, Jr. for Kimberly Bunjer; For Defendant: Joseph F. Gross, Jr., CJA. Time Start: 9:45 a.m. Time Stop: 10:23 a.m. as to defendant Juan Ramos-Ramos. Interpreter Used: no. (CJP) (Entered: 07/28/2009) |
| 07/29/2009 | 41 | JUDGMENT as to Juan Ramos-Ramos. The defendant pleaded guilty to counts I and IV of the Indictment and is committed to the custody of the Bureau of Prisons for a term of 120 months; the defendant shall be given credit for time served from Novmeber 20, 2008 through January 29, 2009; 5 years supervised release with special conditions; $100 Special Assessment. Counts II and III of the Indictment are dismissed on the motion of the United States as to this defendany only. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 P.M. on September 28, 2009. Final order of forfeiture as to Count IV forthcoming. The defendant shall forfeit the defendant's interest in the following property to the United States: $455.00 in United States currency. Ordered by Senior Judge Lyle E. Strom. (4 Certified copies to USM)(TCL ) (Entered: 07/29/2009) |
| 08/06/2009 | 46 | MOTION for Preliminary Forfeiture by Attorney Nancy A. Svoboda as to defendant(s) Juan Ramos-Ramos. (Svoboda, Nancy) (Entered: 08/06/2009) |
| 08/13/2009 | 47 | PRELIMINARY ORDER OF FORFEITURE that the United States' Motion for Issuance of Preliminary Order of Forfeiture [ 46 is hereby sustained; based upon Count IV of the Indictment and the defendant's plea of guilty, the United States is hereby authorized to seize $455.00 in United States currency; the defendant's interest in said property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C.§ 853(n)(1); the aforementioned forfeited property is to be held by the United States in its secure custody and control; upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed as to Juan Ramos-Ramos (1). Ordered by Senior Judge Lyle E. Strom. (1 certified copy to USM)(CJP) (Entered: 08/13/2009) |
| 09/14/2009 | 48 | RETURN of service of Preliminary Order of Forfeiture on 9/12/09 upon Ogallala Police Department/Keith County Sheriff's Office as to defendant Juan Ramos-Ramos. (TCL ) (Entered: 09/15/2009) |
| 11/18/2009 | 56 | Judgment Returned Executed as to defendant Juan Ramos-Ramos. (TCL ) (Entered: 11/19/2009) |
| 11/24/2009 | 57 | NOTICE *of Declaration of Publication* by Attorney Nancy A. Svoboda as to defendant(s) Juan Ramos-Ramos. (Attachments:<br># 1 Advertisement Certification Report)(Svoboda, Nancy) (Entered: 11/24/2009) |

| | | |
|---|---|---|
| 11/24/2009 | 58 | MOTION for Final Forfeiture by Attorney Nancy A. Svoboda as to defendant(s) Juan Ramos-Ramos. (Svoboda, Nancy) (Entered: 11/24/2009) |
| 11/25/2009 | 59 | FINAL ORDER OF FORFEITURE- Plaintiff's 58 Motion for Final Forfeiture is sustained as to Juan Ramos-Ramos (1). All right, title and interest in and to the $455.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed. The $455.00 in United States currency, be, and the same hereby is, forfeited to the United States of America. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law. Ordered by Senior Judge Lyle E. Strom. (1 Certified copy to USM)(MKR) (Entered: 11/25/2009) |
| 10/02/2014 | 70 | GENERAL ORDER NO. 2014-09 involving a potential reduction in sentence pursuant to Amendment 782 as to defendant Juan Ramos-Ramos. Ordered by Chief Judge Laurie Smith Camp. (Copies mailed as directed) (KMG) (Entered: 10/16/2014) |
| 07/06/2015 | 74 | RESTRICTED RETROACTIVE SENTENCING WORKSHEET as to defendant(s) Juan Ramos-Ramos. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (Pursley, Ronald) (Entered: 07/06/2015) |