PROB 35

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

FILED

DEC 1 0 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
### WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.            Crim. No. 7:19CR00237-001

Juan Ramos-Ramos

On July 24, 2009, the above named Defendant was sentenced under Docket Number 8:09CR36-001 to 120 (120) months imprisonment followed by five (5) years supervised release for the offense of Count I Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine and Count IV Forfeiture, in violation of 21 U.S.C. and §§ 841(a), 841(b)(1), 846 and 853. On November 18, 2019, Transfer of Jurisdiction was accepted by the Western District of Texas, Midland/Odessa Division from the District of Nebraska, under docket number 7:19CR00237-001. On April 4, 2018, the Defendant released from federal custody and commenced service of the term of supervised release which was scheduled to be in effect until April 3, 2023. The probation officer now reports that the probationer has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision. Pursuant to Title 18 United States Code § 3583(e)(1), the U.S. Probation Officer recommends that the probationer be discharged from supervision.

Respectfully submitted,

*Brianna Moreno*

Brianna Moreno, U.S. Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office and that the proceedings in the case be terminated.

Dated this 10th day of December 2019

David Counts
United States District Judge

FILED

DEC 19 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK